IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEPHEN ANDRE WOODS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION: 2:24-00467-JB-MU |
| | ) |
| STATE OF ALABAMA, *et al.,* | ) |
| | ) |
| Defendant. | ) |

### JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Complaint be and is hereby **DISMISSED without prejudice**.

**DONE and ORDERED** this 6th day of March, 2025.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE